Irving Busch, appellant, v. Portis Bros. Hat Company, appellee. Gen. No. 33,176.

Opinion
filed April 1, 1929. Rehearing denied April 13, 1929.

Sissman & Sissman, for appellant; Jesse Sissman, of counsel. Berthold L. Goldberg, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.